SHEPPARD, MULLIN, RICHTER HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Defendant
THE CHILDREN'S PLACE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA CABRERA,<br><br>    Plaintiff,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC., AND DOES 1-20,<br><br>    Defendants | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Los Angeles County Superior Court Case No.: 21GDCV00351<br><br>Action Filed:   March 9, 2021<br>Trial Date:     None Set |

**TO THE COURT OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES APPEARING OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Children's Place, Inc., ("Defendant") hereby submits the following Disclosure Statement: The Children's Place, Inc. is a privately held corporation. No publicly-held corporation owns 10% or more of The Children's Place, Inc.'s stock.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendant certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| | |
|---|---|
| The Children's Place, Inc. | Defendant |
| Gabriela Cabrera | Plaintiff |

Dated: April 27, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ *Hayley S. Grunvald*
           HAYLEY S. GRUNVALD

Attorneys for Defendant,
THE CHILDREN'S PLACE, INC.